# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DARYL PAUL LEGAULT, | : | |
| Plaintiff, | : | |
| vs. | : | 5:06-cv-227 (CAR) |
| H. CULLEN TALTON, JR., et al., | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 18) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting in part and denying in part Defendants' Motion for Summary Judgment (Doc. 12). Defendants subsequently filed an Objection to the Recommendation (Doc. 19). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Defendants' Objection, and has made a de novo determination of the portions of the Recommendation to which Defendants object. As explained below, the Recommendation is **ACCEPTED**, and Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff Daryl Legault filed suit against Defendants Cullen Talton, Jr., Major Holt, Captain Johnson, and Sargent Hayes for various constitutional violations stemming from the Houston County Detention Center's lack of dedicated Roman Catholic worship services during the time in which Plaintiff was housed at the facility. Plaintiff argues the non-denominational services, which do not offer communion or confession, do not allow him to properly practice his religion.

Defendants moved for summary judgment as to Plaintiff's First and Fourteenth Amendment claims arguing Plaintiff cannot establish his federal rights were violated and, in the alternative, Plaintiff's claims for injunctive relief and compensatory damages were barred by the Prison Litigation Reform Act. The Magistrate Judge agreed and now recommends granting Defendants' Motion for Summary Judgment as to Plaintiff's First and Fourteenth Amendment claims. The Magistrate Judge, however, was of the opinion that, based on the factual allegations in the Complaint, Plaintiff also asserted a claim under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). As the RLUIPA claim was not addressed in by either party, the Magistrate Judge recommends denying Defendants' Motion for Summary Judgment without prejudice as to Plaintiff's RLUIPA claim.

Defendants have filed an Objection to the Magistrate Judge's recommendation asserting the following arguments: (1) Plaintiff did not properly assert a RLUIPA claim; (2) the Prison Litigation Reform Act bars the RLUIPA claim because Plaintiff did not suffer a physical injury; (3) the doctrine of qualified immunity bars Plaintiff's RLUIPA claim; and (4) the Eleventh Amendment bars Plaintiff's RLUIPA claim. As to whether Plaintiff properly asserted a RLUIPA claim, the Court finds Defendants' argument to be without merit. The United States Supreme Court in Haines v. Kerner, 404 U.S. 519 (1972), made it clear that district courts were obligated to liberally construe pro se plaintiff complaints to determine whether the facts as alleged asserted a claim. Id. at 519-21. Pursuant to that directive, the Court has throughly examined the Complaint and agrees with the Magistrate Judge that the facts alleged by Plaintiff present a RLUIPA claim. Moreover, with respect to Defendants' remaining arguments, the Court declines to address the merits of Plaintiff's RLUIPA claim without affording Plaintiff an opportunity to present argument.

Therefore, for the reasons set forth herein, the Recommendation is **ACCEPTED**, and

Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED**, this 18th day of September, 2007.

                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE

SCS/ssh