IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARYL PAUL LeGAULT,<br><br>                Plaintiff<br><br>   VS.<br><br>H. CULLEN TALTON, JR., *et. al.*,<br><br>                Defendants | **NO. 5:06-CV-227 (CAR)**<br><br>**PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE** |

## RECOMMENDATION

On July 17, 2008, the undersigned directed plaintiff DARYL PAUL LeGAULT to SHOW CAUSE why his case should not be dismissed for failure to prosecute the action. Tab #26. He was directed to respond within ten (10) days of receipt of that order. Specifically, plaintiff was directed to show cause why his complaint ought not be dismissed because of his failure to comply with an earlier order of the court, to-wit: Order of October 19, 2007 (Tab #24), requiring plaintiff to file a response to (Tab #23) defendants' Motion for Summary Judgment. The time for responding to the court's order of July 17th has passed without any response being submitted by plaintiff LeGault. Because plaintiff has been given every opportunity to respond to both the court's orders and defendants' Motion for Summary Judgment, the undersigned finds that plaintiff has failed to diligently prosecute his case.

Accordingly, IT IS RECOMMENDED that the instant action be DISMISSED *with prejudice.* Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the **LAST ADDRESS** provided by him.

SO ORDERED, this 5th day of AUGUST, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE