THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DARYL PAUL LeGUALT,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:06-cv-227 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **H. CULLEN TALTON, JR. et al.,** | : | |
| | : | |
| Defendants. | : | |

## *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 27] that this case be dismissed with prejudice for Plaintiff's failure to prosecute this action. Plaintiff has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 9th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH